U.S. Department of Justice

Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

150 M Street, N.E.
Karen Ferguson, EMP, 4CON, Room 9.514
Washington, DC 20530

February 12, 2021

Ms. Tina L. Wallace
c/o Lisa M. Ross, Esquire
Law Office of Lisa M. Ross
PO Box 11264
Jackson, MS  39283-1264

Re: EEOC Charge Against City of Jackson, Police Dept., et al.
    No. 423202000877

Dear Ms. Wallace:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Jackson Area Office, Jackson, MS.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Pamela S. Karlan
Principal Deputy Assistant Attorney General
Civil Rights Division

by      /s/ Karen L. Ferguson
        Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section



EXHIBIT "A"

cc: Jackson Area Office, EEOC
    City of Jackson, Police Dept., et al.